**Order entered April 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00157-CR

**AARON LEE MALONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F08-39160-LI**

## ORDER

Appellant's Motion for Rehearing is **DENIED**.


/s/      MARTIN RICHTER
         JUSTICE